IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:92CR000183-005 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| JAMES LESTER YOUNG. | ) | |

## **ORDER**

**THIS MATTER** is before the Court on the Government's Petition for Remission of Fine. (Doc. No. 2).

The Government moves for remission of the unpaid portion of the criminal fine and/or assessment owed by the Defendant in accordance with the provisions of 18 U.S.C. §3573. It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown,

**IT IS, THEREFORE, ORDERED**, that the Government's Petition for Remission of Fine, (Doc. No. 2), is **GRANTED**, and the above-referenced unpaid fine and/or assessment is hereby **REMITTED**.

Signed: February 28, 2017

Robert J. Conrad, Jr.
United States District Judge

1